ROBERT C. MONTGOMERY
ROBERT C. MONTGOMERY, CHTD.
2160 South Twin Rapid Way
Boise, ID  83709
Telephone:  (208) 322-8865
Facsimile:   (208) 322-8395
Idaho State Bar No. 1793
Email: bmontgomerylaw@gmail.com

Of Counsel
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Ph:  (323) 988-2400; Fax: (866) 385-1408

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANDERS COVERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AUDIT SYSTEMS, INC.,<br><br>　　　　Defendant. | CASE NO:  4:11-cv-87<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

　　　　ANDERS COVERT (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against AUDIT SYSTEMS, INC., (Defendant):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Idaho, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person residing in Pocatello, Idaho.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

8. Defendant is a corporation with a business office in Clearwater, Florida.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

11. Beginning in November 2010, Defendant called on an almost daily basis, multiple times per day through January 2011.

12. Defendant called from its phone number (800) 741-1969 and requested return calls to its phone number (866) 761-2178.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

13. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse of Plaintiff in connection with the collection of an alleged debt; and

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, ANDERS COVERT, respectfully requests judgment be entered against Defendant, AUDIT SYSTEMS, INC., for the following:

14. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

15. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

16. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, ANDERS COVERT, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED: March 7, 2011

By: /s/ Robert C. Montgomery_____
Robert C. Montgomery, Esquire

Of Counsel
Krohn & Moss, Ltd.
Attorneys for Plaintiff

3

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF IDAHO

Plaintiff, ANDERS COVERT, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, ANDERS COVERT, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_2/19/11_
Date

_[signature]_
ANDERS COVERT

02/19/2011 14:41 2082376115 OFFICE MAX PAGE 01/01